Erik E. Child, SBN 195104
Chris Gordon, SBN 221374
CHILD & GORDON
*A Professional Law Corporation*
101 Parkshore Drive, Suite 205
Folsom, CA 95630
Telephone: (916) 932-2170
Facsimile: (916) 932-2171

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON KNIGHT and RAYMOND THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO., INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO: 2:07-CV-00950-FCD-KJM<br><br>STIPULATION AND ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE<br><br>(FED. R.CIV. P. 41(A)(1)) |

The parties to this action have reached a resolution of the dispute and hereby stipulate that the action under this case number should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs, and with no party determined to be a prevailing party for any purpose.

Dated this 9th day of July, 2008

/s/
Erik E. Child, Esq.
CHILD & GORDON
101 Parkshore Dr., Suite 101
Folsom, CA 95630

STIPULATION AND ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE

- 1

Dated this 9th day of July, 2008

/s/
Sean D. Richmond, Esq.
LEWIS BRISBOIS
BISGAARD & SMITH
2500 Venture Oaks Way,
Suite 200
Sacramento, CA 95833

**IT IS SO ORDERED:**

DATED: July 21, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE